

1  Alex L. Fugazzi, Esq.
   Nevada Bar No. 9022
2  Aleem A. Dhalla. Esq.
   Nevada Bar No. 14188
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
5  Facsimile:  702.784.5252
   afugazzi@swlaw.com
6  adhalla@swlaw.com

7  William L. Roberts, Esq. *(Pro Hac Vice Forthcoming)*
   Kathryn E. Caldwell, Esq. *(Pro Hac Vice Forthcoming)*
8  Andrew B. Cashmore, Esq.*(Pro Hac Vice Forthcoming)*
   ROPES & GRAY LLP
9  Prudential Tower
   800 Boylston Street
10 Boston, Massachusetts 02199-3600
   Phone: (617) 951-7000
11 Fax: (617) 951-7050
   william.roberts@ropesgray.com
12 kathryn.caldwell@ropesgray.com
   andrew.cashmore@ropesgray.com
13
   Glen J. Dalakian II, Esq. *(Pro Hac Vice Forthcoming)*
14 ROPES & GRAY LLP
   1211 Avenue of the Americas
15 New York, New York 10036-8704
   Phone: (212) 596-9000
16 Fax: (212) 596-9090
   glen.dalakian@ropesgray.com
17
   *Attorneys for Defendant Northwell Health, Inc.*
18
                    **UNITED STATES DISTRICT COURT**
19                        **DISTRICT OF NEVADA**

20 RONNIE GILL, Individually and on behalf of all      Case No. 2:23-cv-01851-CDS-EJY
   other similarly situated,
21                                                      **STIPULATION TO EXTEND TIME TO**
                        Plaintiff,                      **RESPOND TO COMPLAINT**
22
            v.                                          **(FIRST REQUEST)**
23
   PERRY JOHNSON & ASSOCIATES, INC.,
24
   AND
25
   NORTHWELL HEALTH, INC.,
26
                        Defendants.
27

28

4872-3693-4805

1     Plaintiff Ronnie Gill, individually and on behalf of all others similarly situated, ("Plaintiff")

2   and Defendant Northwell Health, Inc. ("Northwell") stipulate and respectfully request under Local

3   Rule IA 6 that this Court extend the time for Northwell to respond to Plaintiff's complaint in the

4   above-captioned action (the "Complaint") until **January 29, 2024**.

5     Plaintiff filed the Complaint on November 10, 2023 and served on Northwell on November

6   17, 2023.  Northwell's response is currently due by December 8, 2023.

7     Northwell requires this extension to evaluate the complex allegations and causes of action

8   raised in the Complaint, evaluate the merits of each claim, understand the complexities of

9   discovery, speak with plaintiff and co-defendant counsel in each case, and consider options for

10  consolidation or transfer in order to preserve judicial economy.  Northwell also requests this

11  additional time to evaluate the numerous putative class action complaints that have been filed

12  against Northwell in Federal and State courts—including nine actions in this District alone—

13  concerning the facts and circumstances that gave rise to the Complaint.  A list of these related cases

14  is included as Appendix A.[1]

15    This is the first request for extension of time for this deadline.  The parties respectfully

16  submit that there is good cause for this extension and the requested extension is not for the purpose

17  of delay.

18

19

20  ///

21  ///

22

23  ---

    [1] Northwell also notes that several additional putative class action complaints have been filed against co-defendant

24  Perry Johnson & Associates, Inc. ("PJ&A") in Federal and State courts.  *See Carter v. Cook County Health and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1866 (D. Nev. filed Nov. 13, 2023); *Kurtev et al. v. Cook County Health & Hospitals System and Perry Johnson & Associates, Inc.*, No. 2:23-cv-1905 (D. Nev. filed Nov. 17, 2023); *Belov et al.*

25  *v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1925 (D. Nev. filed Nov. 20, 223); *Colon et al. v. Perry Johnson & Associates, Inc.*, No. 2:23-cv-1910 (D. Nev. filed Nov. 20, 2023); *Davis v. Perry Johnson & Associates, Inc.*, No. 2:23-

26  cv-1932 (D. Nev. filed Nov. 21, 2023); *O'Neill et al. v. Perry Johnson & Associates, Inc. and County of Cook, Illinois*, No. 2:23-cv-1964 (D. Nev. filed Nov. 28, 2023); *Sept et al. v. Perry Johnson & Associates, Inc.,* No. 2:23-cv-01983

27  (D. Nev. filed Nov. 30, 2023); *Kimber v. Cook County Health & Hospital System and Perry Johnson & Associates, Inc.*, No. 2023CH09293 (Ill. Cir. Ct., Cook County filed Nov. 7, 2023); and *Martin v. Cook County Health & Hospital*

28  *System and Perry Johnson & Associates, Inc.*, No. 2023CH09558 (Ill. Cir. Ct., Cook County filed Nov. 21, 2023). Northwell has not been named as a defendant in any of these complaints.

Snell & Wilmer
L.L.P.
LAW OFFICES
1883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1      IT IS SO STIPULATED.

2    Dated:  December 5, 2023.                    Dated:  December 5, 2023.

3        SNELL & WILMER                              WISE LAW FIRM, PLC

4

5    By: /s/ Aleem A. Dhalla                   By: /s/ Joseph M. Lyon
        Alex L. Fugazzi (NV Bar #9022)            David Hilton Wise (NV Bar #11014)
6        Aleem A. Dhalla (NV Bar #14188)           421 Court Street
        3883 Howard Hughes Parkway, Ste 1100      Reno, Nevada, 89501
7        Las Vegas, NV 89169-5958                  (775) 329-1766
        Telephone: (702) 784-5200                 (703) 934-6377
8        afugazzi@swlaw.com                        dwise@wiselaw.pro
        Adhalla@swlaw.com
9                                                  Joseph M. Lyon (Pro Hac Vice)
        William L. Roberts*                       Kevin M. Cox (Pro Hac Vice)
10       Kathryn E. Caldwell*                      THE LYON FIRM
        Andrew B. Cashmore*                       2754 Erie Ave.
11       ROPES & GRAY LLP                          Cincinnati, OH 45208
        Prudential Tower                          Phone: (513) 381-2333
12       800 Boylston Street                       Fax: (513) 766-9011
        Boston, Massachusetts 02199-3600          jlyon@thelyonfirm.com
13       Phone: (617) 951-7000                     kcox@thelyonfirm.com
        Fax: (617) 951-7050
14       william.roberts@ropesgray.com             Counsel for Plaintiff and Putative Class
        kathryn.caldwell@ropesgray.com
15       andrew.cashmore@ropesgray.com

16       Glen J. Dalakian II*
        ROPES & GRAY LLP
17       1211 Avenue of the Americas
        New York, New York 10036-8704
18       Phone: (212) 596-9000
        Fax: (212) 596-9090
19       glen.dalakian@ropesgray.com

20       Counsel for Defendant Northwell
        Health, Inc.
21       *pro hac vice forthcoming

22                                    **ORDER**

23       Good cause appearing, IT IS HEREBY ORDERED that the Parties' stipulation is

24    GRANTED.  Northwell Health, Inc. shall have up to and including **January 29, 2024** to respond

25    to Plaintiff's complaint.

26    **IT IS SO ORDERED**.

27                                              _____
                                               U.S. MAGISTRATE JUDGE
28
                                               Dated:  December 5, 2023

4872-3693-4805