Jonathan A. Rich, Esq.
Nevada Bar No.: 15312
**COZEN O'CONNOR**
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Telephone: (702) 470-2324
Facsimile: (702) 470-2359
Email: JARich@cozen.com

*Attorney for Defendant*
*Perry Johnson & Associates, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE GILL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>PERRY JOHNSON & ASSOCIATES, INC.<br><br>And<br><br>NORTHWELL HEALTH, INC.,<br><br>*Defendants*. | CASE NO.: 2:23-cv-01851<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS PERRY JOHNSON & ASSOCIATES, INC. AND NORTHWELL HEALTH, INC. TO RESPOND TO PLAINTIFF RONNIE GILL'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff Ronnie Gill, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants Perry Johnson & Associates, Inc. ("PJ&A") and Northwell Health, Inc. ("Northwell" and, collectively with PJ&A, "Defendants") stipulate and respectfully request under Local Rule IA 6 that this Court extend the time for Defendants to respond to Plaintiff's complaint in the above-captioned action (the "Complaint") until **March 1, 2024**.

Plaintiff filed the Complaint on November 10, 2023 and served Northwell on November 17, 2023 and PJ&A on December 5, 2023, respectively.

On December 8, 2023, Plaintiff filed a Motion for Transfer of Actions to United States District Court for the District of Nevada for Coordinated or Consolidated Pretrial Proceedings

1  Pursuant to 28 U.S.C. § 1407 (the "Motion") in the Judicial Panel on Multidistrict Litigation
2  ("JPML").  *See In re Perry Johnson & Associates Medical Transcription Data Security Breach*
3  *Litigation*, Case MDL No. 3096, ECF No. 1 (December 8, 2023).  The motion directly concerns the
4  potential consolidation and transfer of at least forty-five related putative class action complaints.
5  The JPML heard oral arguments on the Motion on January 25, 2024.

6      Defendants' individual responses are currently due by January 29, 2024.

7      This extension is necessary to allow the JPML sufficient time to evaluate the various related
8  actions, twenty-one of which have been filed in this District alone.  A list of these related actions is
9  included as Appendix A.  As nearly every party—including Plaintiff and Defendants—has agreed
10 that centralization is proper, the primary question for the JPML is *where* to centralize the cases, not
11 *whether* to centralize them.

12     Plaintiff and the Defendants consent to this request.  This is the second request for extension
13 of time for this deadline. The parties respectfully submit that there is good cause for this extension
14 and the requested extension is not for the purpose of delay.

15 / / /

16 / / /

17     IT IS SO STIPULATED.

| | | |
|---|---|---|
|1| Dated: January 26, 2024. | Dated: January 26, 2024. |
|2| SNELL & WILMER | WISE LAW FIRM, PLC |
|3| By: /s/ Alex L. Fugazzi | By: /s/ David Hilton Wise |

Alex L. Fugazzi (NV Bar #9022)
Aleem A. Dhalla (NV Bar #14188)
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, NV 89169-5958
Phone: (702) 784-5200
afugazzi@swlaw.com
Adhalla@swlaw.com

William L. Roberts*
Kathryn E. Caldwell*
Andrew B. Cashmore*
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Phone: (617) 951-7000
Fax: (617) 951-7050
william.roberts@ropesgray.com
kathryn.caldwell@ropesgray.com
andrew.cashmore@ropesgray.com

Glen J. Dalakian II*
ROPES & GRAY, LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090
glen.dalakian@ropesgray.com
*Counsel for Defendant Northwell Health, Inc.*
*pro hac vice forthcoming

---

David Hilton Wise (NV Bar #11014)
421 Court Street
Reno, NV, 89501
Phone: (775) 329-1766
Fax: (703) 934-6377
dwise@wiselaw.pro

Joseph M. Lyon (*Pro Hac Vice*)
Kevin M. Cox (*Pro Hac Vice*)
THE LYON FIRM
2754 Erie Avenue
Cincinnati, OH 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com
kcox@thelyonfirm.com

*Counsel for Plaintiff and Putative Class*

Dated: January 26. 2024.

COZEN O'CONNOR

By: /s/ Jonathan A. Rich
Jonathan A. Rich (NV Bar #15312)
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Phone: (702) 470-2324
Fax: (702) 470-2359
jarich@cozen.com
*Counsel for Defendant Perry Johnson & Associates, Inc.*

**Despite the parties' failure to include an appropriate signature block as required by Local Rule, overlooked on this one occasion, IT IS HEREBY ORDERED that the Stipulation for Extension of Time (ECF No. 20) is GRANTED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: January 26, 2024**

3